JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SOTO CRUZ, an individual, and CYNTHIA RANGEL YEPIZ, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>　　　　Defendants, | Case No.: 2:22-cv-08848-AB-MAA<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

The Court **APPROVES** the parties' stipulation. The entire action, including all claims and counterclaims stated herein against all parties, is **DISMISSED with prejudice**, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: October 2, 2024          By: _____
　　　　　　　　　　　　　　　　Hon. Judge André Birotte Jr.
　　　　　　　　　　　　　　　　United States District Judge

1
[PROPOSED] ORDER OF DISMISSAL